AO 83(Rev.12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| vs. | |
| Harry C. Mann | CASE NUMBER: 2:14-CR-14-1   (1) |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

**PLACE:** United States Courthouse         **Courtroom:**   Annex
201 South Evans Street
Greenville, NC 27858

**DATE AND TIME:** Tuesday, July 8, 2014 at 10:00am

**BEFORE:** United States Magistrate Judge Kimberly A. Swank

To answer an ___X___ INDICTMENT___ Juvenile Information _Complaint _ Violation Notice __Probation Violation Petition__Supervised Release Revocation

**BRIEF DESCRIPTION:**

Count 1 - Conspiracy to commit extortion under Color of Official Right - 18 U.S.C. § 371
Count 2-3 - Extortion under Color of Official Right - 18 U.S.C. § 1951
Counts 4-5 - Demanding, seeking and receiving bribes - 18 U.S.C. § 201(b)
Count 6 - Theft and conversion of government property - 18 U.S.C. § 641

HAVE DEFENDANT TO APPEAR @ 9:00AM TO MEET WITH US PROBATION OFFICER.

_____                    June 18, 2014 Raleigh, NC
Signature of Issuing Officer by Deputy Clerk           Date and Place

**Julie A. Richards, Clerk of Court**
Name of Title of Issuing Officer

**AO83(REV. 12/85 SUMMONS IN A CRIMINAL CASE**

| SERVICE WAS MADE BY ME ON | DATE |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE

☐ **Served personally upon the defendant at:**

☐ **Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:**

☐ **Returned unexecuted:**

**I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.**

**Returned on**

| Date | Name of United States Marshal |

| (By) Deputy United States Marshal |

**Remarks:**