PS 41
(7/93)

## UNITED STATES PROBATION OFFICE

## PASSPORT RECEIPT

NAME  Harry Carter Mann

DATE REC'D  June 3, 2013

PASSPORT NUMBER  501000110

COUNTRY OF ORIGIN  United States

EXPIRATION DATE  October 16, 2002

DEFENDANT'S SIGNATURE  *Harry C Mann*

OFFICER'S SIGNATURE  *J. Brock Knight*

U.S. DISTRICT COURT

DATE RETURNED  7-8-2014

REC'D BY  *James Atkinson*

REC'D FROM  *[signature]*

PURPOSE RETURNED  N/A

ADDRESS (if mailed)  _____

Per Court, def. was ord'd to surrender passport to clerk's office.