IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:14-CR-14-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HARRY C. MANN, | ) | |
| | ) | |
| Defendants. | ) | |

On September 30, 2014, Harry C. Mann ("Mann or "defendant") moved to dismiss counts one, two, and four of the indictment as time-barred [D.E. 26]. In the motion, defendant noted that "Mr. Mann executed two statute of limitations tolling agreements while he was under investigation," but claimed that the agreements related only to "the theft investigation that culminated" in a previously dismissed indictment. [D.E. 26] 11 n.10. On November 24, 2014, the United States responded to defendant's motion to dismiss [D.E. 41]. In its response, the United States noted the existence of the tolling agreements, and claimed that as a result of the tolling agreements, "an additional year should be added" to the applicable statute of limitations. [D.E. 41] 22 n.15. According to the United States, the "language [of the tolling agreement] was broadly written to include . . . a variety of offenses." Id. Neither party submitted a copy of the tolling agreements to the court for review. It is hereby ordered that the United States submit a copy of the tolling agreements to the court no later than April 1, 2015.

SO ORDERED. This 30 day of March 2015.

JAMES C. DEVER III
Chief United States District Judge