UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:14-CR-14-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| HARRY C. MANN | |

Upon motion of the Defendant Harry C. Mann, it is hereby ORDERED that Docket Entry Number 71 be sealed until such time as requested to be unsealed by the Defendant.

It is FURTHER ORDERED that the Clerk provide a signed copy of the ORDER to Defendant Mann's counsel.

SO ORDERED. This 10 day of April 2015.

JAMES C. DEVER III
Chief United States District Judge