IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:14-CR-14-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HARRY C. MANN, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the United States, the Defendant's consent, for good cause shown, and for

the reasons and facts stated in the motion to seal it is hereby ORDERED that Attachment 1 [D.E. 82]

to Government's Notification of Compliance with its Giglio Obligation [D.E 81], be sealed by the

Clerk except that certified copies be provided to the Defendant and the Office of the United States

Attorney.

SO ORDERED. This **3** day of May 2015.

JAMES C. DEVER III
Chief United States District Judge