IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:14-CR-14-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HARRY C. MANN, | ) | |
| | ) | |
| Defendant. | ) | |

The hearing scheduled for Wednesday, July 29, 2015, at 3:00 p.m. is canceled. The court will issue its ruling on the three pending defense motions in due course. As stated at the hearing on July 24, 2015, the trial is scheduled to begin on November 2, 2015. Finally, the United States shall notify the court when (in accordance with its representation at the hearing on July 24, 2015) it has returned to defendant the money it seized from defendant's bank accounts.

SO ORDERED. This 27 day of July 2015.

JAMES C. DEVER III
Chief United States District Judge