IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:14-CR-14-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HARRY C. MANN, | ) | |
| | ) | |
| Defendant. | ) | |

On July 24, 2015, at a hearing on pending motions to dismiss, Harry C. Mann argued that the government's June 2011 filing of lis pendens against his real properties was unauthorized. Neither party has submitted a copy of the notices of lis pendens. The United States shall file a copy of the notices of lis pendens, the notices of withdrawal, and the corresponding state-court dockets no later than July 31, 2015.

SO ORDERED. This 28 day of July 2015.

JAMES C. DEVER III
Chief United States District Judge