IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:14-CR-14-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HARRY C. MANN, | ) | |
| | ) | |
| Defendant. | ) | |

In light of the government's representation at the hearing on July 24, 2015, the United States Marshals Service is DIRECTED to return the following property to Harry Mann:

(1) $11,488.66 in funds seized from Easy Carolina Bank, account #XXXX9006 (Case No. 2:11-MJ-1044);

(2) $28,379.86 in funds seized from East Carolina Bank, account #XXXX2624 (Case No. 2:11-MJ-1044); and

(3) $5,472.51 in funds seized from Navy Federal Credit Union, account #XXXXXX7033 (Case No. 2:11-MJ-1047).

It is further ORDERED that payment shall be made payable to Harry Mann by the United States Marshals Service according to the information provided by counsel for Harry Mann on the executed UFMS Vendor Request Form. The United States Attorney's Office shall notify the court once defendant has the money.

SO ORDERED. This _3_ day of August 2015.

JAMES C. DEVER III
Chief United States District Judge