# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: USA | COURT CASE NUMBER: 2:14-CR-14-1D |
| DEFENDANT: Harry C. Mann | TYPE OF PROCESS: Order Returning Funds |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$28,379.86 in funds seized from East Carolina Bank, account #XXXX2624 (Case No. 2:11-MJ-1044)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
CATS No. 11-DCI-000066

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

JOSHUA B. ROYSTER
U. S. Attorney's Office
310 New Bern Avenue, Federal Building, Suite 800
Raleigh, NC 27601-1461

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

RECEIVED AUG 4 2015 U.S. Marshals Service, EDNC

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Payment to be made by paper check processing, bypassing the TOP process. Check to be made payable to "Harry C. Mann c/o Cheshire Parker Schneider & Bryan Attorney Trust Account".

/s/ JOSHUA B. ROYSTER, AUSA             USAO: 2011V00634

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 919-856-4530
DATE: 8/4/15

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 5U
District to Serve No.: 5U
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 8/4/15

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*:

Date: 8/4/15   Time: 3:05 ☒ pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | | | $65.00 | | 65.00 |

REMARKS: Subject currency returned to Harry C. Mann, c/o Cheshire Parker Schneider & Bryan Attorney Trust Account.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

**FILED** AUG 0 7 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/80