## PART P - RATING OFFICIAL ASSESSMENT
## FOR ANNUAL PERFORMANCE APPRAISAL

Mr. Mann is an icon to all Strike Fighter aircrew stationed at NAS Oceana. His sustained dedication to the operation and maintenance of the premier East Coast bombing range is beyond reproach.

Job Objective 1: Mr. Mann continues to complete all assigned tasks with 100% satisfaction. His attention to detail and fiscal responsibility ensure funds are allocated properly. Close coordination with the North Carolina Forest Service, Seymour Johnson Air Force Base, U.S. Fish and Wildlife, State and local government officials have enabled the Range to flourish in an environmentally sensitive area.
    CF: COMMUNICATION: Effectively communicates all issues to higher authority and with local State and Federal agencies.
        RESOURCE MANAGEMENT: Always striving for a better way of doing business.
        LEADERSHIP: Instills in his employees a sense of pride that they are supporting the Nation's Warfighters.
        CUSTOMER FOCUS: If a unit wants to train on the range, Mr. Mann will find a way to support them.

Job Objective 2: Mr. Mann is a principled steward of the tax payer's money. He insists on using military surplus heavy equipment and materials for Range maintenance thereby saving the Navy untold millions of dollars annually. He continues to manufacture realistic training targets at minimal cost providing aircrew a realistic training environment.
    CF: COMMUNICATION: Prioritizes maintenance schedules to
See Attached.

## PART Q - FOR COMPONENT USE ONLY

DD FORM 2906 TEST, MAR 2006      Page 8 of 13 Pages

DCIS000505

Case 2:14-cr-00014-D   Document 170-1   Filed 04/22/16   Page 1 of 1    5611