**UNITED STATES MARINE CORPS**
C BATTERY
3d LIGHT ANTIAIRCRAFT MISSILE BATTALION
MARINE AIR CONTROL GROUP 28
2d MARINE AIRCRAFT WING, FLEET MARINE FORCE, ATLANTIC
MARINE CORPS AIR STATION, CHERRY POINT, N.C. 28533-6047

IN REPLY REFER TO:
5000
CBAT
02 Dec 87

From: Commanding Officer, "C" Battery, 3d Light Antiaircraft Missile Battalion
To: Harry Mann, Supervisor Navy Dare Bombing Range
Via: (1) Commanding Officer, 3d Light Antiaircraft Missile Battalion
     (2) Commanding Officer, Naval Air Station OCEANA

Subj: LETTER OF APPRECIATION

1. The Mann family has lived in the Dare County area of North Carolina for 200 years. Your legendary status Harry, may stem from this considerably long tenure but not as far as I'm concerned.

2. You have gained this legendary status for a long association with naval aviation and bomb dropping. Furthermore, you have extended this legendary status to the Marine Corps and in particular the air defense community.

3. In Sept/Oct of this year, my HAWK Missile Battery deployed to the Navy Dare Complex for operational field training. Prior to our departure I had heard about Harry Mann from a few veterans of this Battalion. Sure enough, you were still there and continuing as always as the impetus that makes the place run.

4. I simply can't say enough about what you did for my Marines and "C" Battery, Harry. There just isn't anything that you couldn't or wouldn't do for us. Your cooperative, workable style is a true anomaly in any form of government service.

5. We, the Marines of "C" Battery, are deeply grateful for everything you did for us during our stay. To all, the legendary Harry Mann lives on.

K. C. STINEMETZ