# Department of the Navy



## MERITORIOUS CIVILIAN SERVICE

*This certificate of award is presented to*

HARRY C. MANN

*in recognition and appreciation of Meritorious Service which has been of high value and benefit to the Navy*

14 DECEMBER 1987

J. E. ALLEN
Captain, U. S. Navy

Case 2:14-cr-00014-D   Document 170-4   Filed 04/22/16   Page 1 of 2



Commanding Officer
Naval Air Station Oceana
Virginia Beach, Virginia

CITATION

FOR

NAVY MERITORIOUS CIVILIAN SERVICE AWARD

HARRY C. MANN

FROM MARCH 1986 TO OCTOBER 1987, MR. HARRY MANN DISTINGUISHED HIMSELF BY HIS OUTSTANDING PROFESSIONAL ACCOMPLISHMENT IN HIS CAPACITY AS DARE COUNTY BOMBING RANGE MANAGER AT STUMPY POINT. MR. MANN'S SUPERB PERFORMANCE DURING THIS PERIOD WAS INSTRUMENTAL IN THE EXPANSION OF THE WEAPONS IMPACT SCORING SYSTEM (WISS) AND ELECTRONIC WARFARE EMITTERS AT STUMPY POINT. THE PROJECT, AT AN ESTIMATED COST OF $500,000 - $800,000 PER TOWER, WAS CONSIDERED TOO EXPENSIVE AND THE EXPANSION PROJECT ABANDONED. AS A RESULT OF MR. MANN'S DILIGENT RESEARCH, BOTH TOWERS WERE CONSTRUCTED AND INSTALLED AT A TOTAL COST OF LESS THAN $25,000. MR. MANN'S TIRELESS EFFORTS RESULTED IN A SUPERIOR IMPROVEMENT OF THE QUALITY OF A CRITICAL SERVICE UTILIZED BY THE ARMED FORCES IN THE ENTIRE REGIONAL AREA AND HAS MADE A MAJOR AND LASTING CONTRIBUTION TO THE MAINTENANCE OF THE U. S. NAVY'S FIGHTING SUPERIORITY AND FLEET READINESS. HIS PRUDENT JUDGMENT, PROFESSIONAL EFFECTIVENESS AND SELFLESS DEDICATION TO DUTY HAVE BEEN IN KEEPING WITH THE HIGHEST TRADITIONS OF THE U. S. NAVY.

J. E. ALLEN
CAPTAIN, U. S. NAVY
COMMANDING OFFICER