| PART F - EMPLOYEE SELF-ASSESSMENT FOR PROGRESS REVIEW |
|---|
| |

## PART G - RATING OFFICIAL ASSESSMENT FOR PROGRESS REVIEW

Mr. Mann chose not to include a self assessment for the progress review. Assessment conducted via telephone on 18 April 2011.

Mr. Mann is in every possible way an expert at operating and maintaining Navy Dare range. This range is essential to the Atlantic Fleet's ability to train and operate. He runs his crews and maintains a continuously ready range that operates 15 hrs a day.

Quick review of critical elements:
Range manager - briefly described above. Mr. Mann continues to do an excellent job looking ahead at what will need to be done and scheduling tasks as they can get done, vegetation control, target maintenance and replacement, road maintenance and operational range cleanup are all critical tasks that can't be done while the range is active and Mr. Mann schedules the time to get them done. Range systems are consistently in an up status and when they aren't Mr. Mann either fixes them or gets on the phone with the people that can.
Financial management - expert at cost savings. Using innovative measures, Mr. Mann keeps the targets coming and acquires and maintains vehicles to operate and maintain the range. Range run at or under budget consistently.
Public Liasion - Works expertly with outside agencies. Has established valuable relationships with NCFS, AF Dare and the local community. Facilitated both my and XO's ability to attend DBRAC meetings. Couldn't do it without him.
Equal Opportunity - Establishes a sound work enviornment. All workers seem to be content with EO atmosphere and Mr. Mann sets a solid example of personal conduct.
Data collection - supervises data collection for TRIMS database. This database proves consistently valuable, I probably pull data from the records on a weekly basis. Allows us to continue to be funded and operate.

## PART H - PROGRESS REVIEW DOCUMENTATION

| 1. MEANS OF DELIVERY (Enter date under method used) | a. FACE-TO-FACE | b. TELEPHONE<br>Apr 18, 2011 | c. OTHER (Explain): | |
|---|---|---|---|---|
| 2.a. PRINTED NAME OF RATING OFFICIAL (Last, First, Middle Initial)<br>Hill, Martin J | | b. SIGNATURE<br>HILL.MARTIN.JOHN.III.1153860226 Digitally signed by HILL.MARTIN.JOHN.III.1153860226<br>DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, ou=USN, cn=HILL.MARTIN.JOHN.III.1153860226<br>Date: 2011.04.18 11:56:47 -04'00' | | |
| c. TITLE AND ORGANIZATION<br>Director of Operations, FACSFAC VACAPES | | | | d. DATE<br>Apr 18, 2011 |
| 3.a. PRINTED NAME OF SENIOR RATING OFFICIAL (OPTIONAL) (Last, First, Middle Initial) | | b. SIGNATURE (OPTIONAL) | | |
| c. TITLE AND ORGANIZATION | | | | d. DATE |
| 4.a. SIGNATURE OF EMPLOYEE (Receipt acknowledged. Signature does not indicate agreement or disagreement.)<br>MANN.HARRY.C.1229795712 Digitally signed by MANN.HARRY.C.1229795712<br>DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, ou=USN, cn=MANN.HARRY.C.1229795712<br>Date: 2010.09.23 08:58:15 -04'00' | | | | b. DATE<br>Apr 18, 2011 |