| From: | Hill, Martin J LCDR FACSFAC VACAPES OPS, OPS |
|---|---|
| To: | Gookin, Patrick W DLA CIV OFFICE OF THE INSPECTOR GENERAL; Amodio, Paul A. CDR (SUPPO) |
| Cc: | Cushing, Sean T CDR CO FACSFAC VACAPES, CO; heather.ferris@dodig.mil; Bates, Christopher L NCIS; Blake, Jeffrey D CDR FACSFAC VACAPES XO |
| Subject: | RE: New Names |
| Date: | Monday, July 11, 2011 11:15:35 AM |

Patrick,

CDR Blake CC'd. CDR Amodio and crew will be here Tues-Thurs.

AIRLANT JAG made arrangements with Mr. Mann's lawyer for him to remove up his personal gear Thurs or Friday (2 Pickups, 1 dump truck, 1 Tractor), I am here all week and will meet with them. Any reason to hold onto this stuff?

V/r,

LCDR Martin "LAVA" Hill
FACSFAC VACAPES
757-433-1336 (office)
757-433-1336 (Dare)
(DSN 433-)
757-752-1606 (Cell)


-----Original Message-----
From: Gookin, Patrick W DLA CIV OFFICE OF THE INSPECTOR GENERAL [mailto:Patrick.Gookin@dla.mil]
Sent: Saturday, July 09, 2011 19:30
To: Amodio, Paul A. CDR (SUPPO)
Cc: Hill, Martin J LCDR FACSFAC VACAPES OPS, OPS; Cushing, Sean T CDR CO FACSFAC VACAPES, CO; heather.ferris@dodig.mil; Bates, Christopher L NCIS
Subject: RE: New Names
Importance: High

We will need to seize some of it as evidence (two brand new Mercruiser engines and outdrive in the shop on "the Island," and two brand new V12 Detroit Diesel engines in crates on the "Goat Road").

Please let us know in advance when the six folks will be TAD. I may want to be present.

Someone please forward this to CDR BLAKE and provide his email addr.

Thanks,

Patrick

Patrick W. Gookin
Supervisory Special Agent
DLA Office of the Inspector General

(703) 915-9580
This message contains LAW ENFORCEMENT SENSITIVE, potential Grand Jury protected information, and/or PRIVACY ACT PROTECTED information. Do not further disseminate without the permission of the DLA Office of the Inspector General (OIG). If you have received this message from anyone other than DLA OIG or in error, please notify this office immediately at (703) 767-0123, and delete this message and all attachments.