# U.S. ARMY CORPS OF ENGINEERS
## WILMINGTON DISTRICT

Action ID. 200310703                                County: Dare

## NO DEPARTMENT OF THE ARMY AUTHORIZATION REQUIRED

Property Owner / Agent: <u>US Navy, Dare County Bomb Range, Attn: Mr. Brian Hostetter</u>
Address:   <u>Regional Environmental Group Little Creek</u>
           <u>1450 Gator Blvd., Bldg 3165</u>
           <u>Norfolk, Virginia 23521-2616</u>
Telephone Number: <u>(757)462-4571</u>

<u>Size and Location of Property (waterbody, road name/number, town, etc.):</u> <u>Range located west of US 264, at the western terminus of Navy Shell Road, approximately 2.7 mi. north of Stumpy Point, North Carolina.</u>

<u>Description of Activity:</u> <u>Remove sheet metal mats placed within Department of the Army (DA) jurisdictional wetlands to simulate runway complex, and constructed a new simulated runway complex in a new location by placing metal sidding material within DA jurisdictional wetlands.</u>

Your work as proposed does not require Department of the Army authorization for the following reason(s):

_ There are no jurisdictional waters or wetlands within the boundaries of the property.
X The proposed project does not impact jurisdictional waters or wetlands.
_ The proposed project is exempt from Department of the Army regulation.
    Specify: _____

This Department of the Army determination does not relieve the permittee of the responsibility to obtain any other required Federal, State, or local approvals/permits. The permittee may need to contact appropriate State and local agencies before beginning work.

For any activity within the twenty coastal counties, before beginning work, you must contact the N.C. Division of Coastal Management in Elizabeth City, North Carolina, at (252) 264-3901 to discuss any required State authorization.

Any changes in the above described work must be coordinated with the Corps of Engineers prior to commencement. If you have any questions regarding the Corps of Engineers regulatory program, please contact **Tom Walker** at telephone number (252) 975-1616 ext. 24.

Regulatory Project Manager Signature _____

Date: <u>06/30/2003</u>

SURVEY PLATS, FIELD SKETCH, WETLAND DELINEATION FORM, ETC., MUST BE ATTACHED TO THE YELLOW (FILE) COPY OF THIS FORM, IF REQUIRED OR AVAILABLE.
Cc:
Mr. Harry Mann, Range Manager
Dr. Johanna Arnold, USAF Seymour Johnson