| | |
|---|---|
| From: | Hill, Martin J LCDR FACSFAC VACAPES OPS, OPS |
| To: | Gookin, Patrick W DLA CIV OFFICE OF THE INSPECTOR GENERAL |
| Cc: | Cushing, Sean T CDR CO FACSFAC VACAPES, CO; Blake, Jeffrey D CDR FACSFAC VACAPES XO |
| Subject: | Dare Rolling Stock |
| Date: | Monday, July 25, 2011 5:53:20 PM |
| Attachments: | RE DLA VISIT AND FOLLOW-UP (4.37 KB).msg |

Patrick,

Quick question on disposition of Dare Rolling stock. Local DRMO disposition guys have said that it's up to us to get the rolling stock up to St. Julien's Creek in Portsmouth for disposition. Lacking over the road trucks, truckers, or as witnessed the other day, proper tie-downs, this will involve someone throwing money at the problem to make it go away.

Our ability to find funding, let a contract and get stuff moving may be somewhat limited. Some of the equipment out there is in great shape and only rotting sitting on our range without use or maintenance, it's not stuff we should ever use for targets and I'd like to get it out of there sooner than later. The option presented by the local DRMO folks was to "have our chain of command contact Battle Creek."

Two questions; One, do you have any POC's at Battle Creek that me might use to push that rope? Two, are shipping costs being wrapped up into any loss estimates and can we use that as ammo to fuel question one?

Also, the small filing cabinet in the 2nd deck office is still undisturbed and even though we have 4 of everything else, we only had one set of boltcutters, Mark mourns them daily. I am on leave from the 27th until Aug 8, Don Heaton is managing the range until 2 Sep and will be your POC if you need to visit the range, #1212 just won't get you in anymore.

V/r,

LAVA

LCDR Martin "LAVA" Hill
Director of Operations
Range and EW Officer
Missilex Coordinator
FACSFAC VACAPES
757-433-1336
DSN 433-1336