UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:14-CR-14-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| HARRY C. MANN, | ) | |
| Defendant. | ) | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 174 and its accompanying exhibits be sealed until such time as it is requested to be unsealed by the Defendant.

SO ORDERED, This __9__ day of May, 2016.

JAMES C. DEVER III
Chief United States District Judge