UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:14-CR-14-D

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
                                    )
                                    )        **ORDER**
          v.                        )
                                    )
                                    )
HARRY C. MANN,                      )
                                    )
                    Defendant.      )

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 177

and its accompanying exhibits be sealed until such time as it is requested to be unsealed by the

Defendant.

SO ORDERED, This _____ day of _June_ , 2016.


_____
JAMES C. DEVER III
Chief United States District Judge